THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| THOMAS SYDDALL,<br><br>     Petitioner,<br><br>v.<br><br>KIM WENTZELL,<br><br>     Respondent. | **MEMORANDUM DECISION & ORDER TO SHOW CAUSE REGARDING DISMISSAL OF HABEAS-CORPUS PETITION**<br><br>Case No. 2:25-CV-326-RJS<br><br>District Judge Robert J. Shelby |

Petitioner Thomas Syddall, while in United States Bureau of Prisons custody at a residential reentry center in Utah, filed this federal habeas-corpus petition, under 28 U.S.C.S. § 2241.[1] Petitioner stated in his "Motion for Expedited Review," filed May 5, 2025, that if the Court did not act before May 28, 2025, "the issue raised in the petition will become moot."[2]

From the moment of filing, Petitioner's timeframe for relief was at all times too tight because of the need for a briefing period before a decision could be made. Petitioner himself suggested his Petition would become moot within about thirty-one days of its filing. That time is long past and Petitioner has not since been heard from. Indeed, it has been nearly six months without a word from Petitioner.

**IT IS THEREFORE ORDERED** that within thirty days Petitioner must **SHOW CAUSE** why the petition for writ of habeas corpus and a certificate of appealability should not be denied because the Petition is moot, and Petitioner has failed to prosecute this action.

---

[1] Dkt. 1, *Petition*; *see also* 28 U.S.C.S. § 2241 (2025) (stating district courts may grant writs of habeas corpus for persons "in custody under . . . the authority of the United States").

[2] Dkt. 3, *Motion for Expedited Review* at 1.

DATED this 13th of November 2025.

BY THE COURT:

_____

JUDGE ROBERT J. SHELBY
United States District Court